No. 09–10494. LEE v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 09–10495. MINNS v. CRUMP. Sup. Ct. Va. Certiorari denied.

No. 09–10496. MENG v. MECKLENBURG COUNTY DEPARTMENT OF SOCIAL SERVICES. Sup. Ct. N. C. Certiorari denied.

No. 09–10503. MOURGUET v. HOFBAUER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 09–10511. WILBON v. BARAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 09–10514. WALKER v. YATES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–10517. BIN XU v. MECKLENBURG COUNTY DEPARTMENT OF SOCIAL SERVICES. Ct. App. N. C. Certiorari denied.

No. 09–10519. BING v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 09–10520. SONNTAG v. WOODS ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–10522. DAUWE v. MILLER ET AL. C. A. 10th Cir. Certiorari denied.

No. 09–10524. FELDER v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 09–10527. FULBRIGHT v. RUNNELS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–10530. EDWARDS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 09–10537. LOPEZ v. THURMER, WARDEN. C. A. 7th Cir. Certiorari denied.